UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARR LOWREY, | No. 2:13-cv-1917-KJN |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

    The court's records show that plaintiff has not yet indicated whether or not plaintiff consents to the jurisdiction of the magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c) in accordance with the court's September 16, 2013 order.  (ECF No. 5-1.)  Accordingly, within 14 days of this order, plaintiff shall file a statement indicating whether plaintiff consents or declines to consent to such jurisdiction.  Importantly, plaintiff is under no obligation to consent, and the consent/decline designation merely assists the court in determining how the case will be administratively processed.

    IT IS SO ORDERED.

Dated:  June 18, 2014

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1